IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL LYN JONES,**
**ADC #105386**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 5:17-CV-00151 BRW/BD**

**DOES, et al.**                                                                                          **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

On May 31, 2017, Plaintiff Michael Lyn Jones, an Arkansas Department of Correction ("ADC") inmate, filed this action pro se under 42 U.S.C. § 1983. (Docket entry #2) Mr. Jones also moved to proceed *in forma pauperis* ("IFP"). (#1) Because of his litigation history, however, Mr. Jones is not eligible for IFP status in federal court absent

an allegation that he is in imminent danger of serious physical injury.[1] Here, Mr. Jones did not plead facts alleging imminent danger of serious physical injury, so his motion to proceed IFP was denied. (#3)

The Court allowed Mr. Jones thirty days to pay the $400 filing fee required to proceed with this lawsuit. (#3) Mr. Jones was specifically cautioned that his failure to pay the filing fee within the time allowed could result in dismissal of his claims, without prejudice. To date, Mr. Jones has not paid the filing fee, as required in the Court's June 5, 2017 Order, and the time for doing so has passed.

### III.  Conclusion:

The Court recommends that Mr. Jones's claims be DISMISSED, without prejudice based on his failure to comply with the Court's June 5, 2017 Order requiring him to pay the filing fee.

IT IS SO ORDERED, this 6th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Jones for purposes of determining eligibility for IFP status: *Jones v. Terrell*, E.D. Ark. Case No. 5:05cv00069-GH; *Jones v. Correctional Medical Service*, E.D. Ark. Case No. 1:05cv00033-JMM; *Jones v. Henry,* et al., E.D. Ark. Case No. 1:05cv00034-JMM.