IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL LYN JONES,**
**ADC #105386**                                                                                    **PLAINTIFF**

**VS.**                          **5:17-CV-00151-BRW-BD**

**DOES,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

I have received the Recommended Disposition ("Recommendation") from United States Magistrate Judge Beth Deere.[1] No objections have been filed and the time for doing so has passed.[2] After careful review of the Recommendation, and *de novo* review of the record, I adopt the Recommendation in its entirety as my findings in all respects.

Accordingly, Mr. Jones's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED, this 25th day of July, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 4.
[2] Objections were due by Thursday, July 20, 2017.