# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL LYN JONES,**
**ADC #105386**                                                                                          **PLAINTIFF**

**VS.**                              **5:17-CV-00151-BRW-BD**

**DOES,** *et al.*                                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED. I certify that, under 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED, this 25th day of July, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE